■ In the Matter of YONKERS CHARTER REVISION COMMISSION, Appellant, v CITY OF YONKERS et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel funding of the petitioner's budget appropriation pursuant to Municipal Home Rule Law § 36, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Silverman, J.), entered May 8, 1989, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

We agree with the hearing court that the adoption of Resolution No. 11-1989 constituted an affirmative action on the petitioner's budgetary request. The Mayor of Yonkers was, therefore, without power to authorize that budget by the filing of a certificate (see, Municipal Home Rule Law § 36 [6] [c]). We have considered the petitioner's remaining arguments and find them to be without merit. Bracken, J. P., Kunzeman, Sullivan and Balletta, JJ., concur.